UNITED STATES of America, Plaintiff–Appellee,

v.

Jose NAVARRETE, Defendant–Appellant.

No. 08–30143.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 23, 2009.

Douglas B. Whalley, Assistant U.S., Office of the U.S. Attorney, Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Jose Navarrete, Fort Dix, NJ, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

## MEMORANDUM **

Jose Navarrete appeals pro se from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for modification of sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Navarrete contends that Amendment 706 to the United States Sentencing Guidelines, retroactively amending U.S.S.G. § 2D1.1 with respect to offenses involving cocaine base, entitled him to a full resentencing proceeding. The district court did not err in denying the motion because the amendment only reduced Navarrete's base offense level and did not lower the applicable Guidelines range, as required by § 3582(c)(2). *See United States v. Leniear,* 568 F.3d 779, 783–84 (9th Cir.2009).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

